# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 09, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0473.  THI D. LE v. MATTHEW SHERBONDY.**

Thi D. Le has filed an application for discretionary review of the trial court's order dismissing her petition for divorce, child custody, and child support, and its order denying her motion for contempt and her motion for reconsideration of the dismissal order.  However, the Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to divorce proceedings. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Spies v. Carpenter*, 296 Ga. 131 (765 SE2d 340) (2014) (reviewing the dismissal of a divorce petition).  Because the underlying subject matter of this appeal is divorce, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/09/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*